IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ticey, Yolanda M | Case Number: 06 B 04586 |
| | Judge: Squires, John H |
| Printed: 10/14/08 | Filed: 4/25/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 3, 2008
Confirmed: June 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 52,317.00 | |
| Secured: | | 48,783.75 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 742.20 |
| Trustee Fee: | | 2,791.05 |
| Other Funds: | | 0.00 |
| Totals: | 52,317.00 | 52,317.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 742.20 | 742.20 |
| 2. | Ocwen Loan Servicing LLC | Secured | 41,744.05 | 36,694.03 |
| 3. | Wells Fargo Fin Acceptance | Secured | 13,364.33 | 7,375.79 |
| 4. | Cook County Treasurer | Secured | 759.15 | 197.80 |
| 5. | City Of Chicago | Secured | 406.97 | 132.34 |
| 6. | Ocwen Loan Servicing LLC | Secured | 9,888.75 | 4,383.79 |
| 7. | Rx Acquisitions | Unsecured | 426.21 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 1,229.04 | 0.00 |
| 9. | Capital One | Unsecured | 351.57 | 0.00 |
| 10. | City Of Chicago | Unsecured | 4.28 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 154.06 | 0.00 |
| 12. | Jefferson Capital | Unsecured | 92.49 | 0.00 |
| 13. | B-Line LLC | Unsecured | 672.16 | 0.00 |
| 14. | Cook County Treasurer | Unsecured | 9.67 | 0.00 |
| 15. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| 18. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 19. | Capital Management | Unsecured | | No Claim Filed |
| 20. | Collection Consultants | Unsecured | | No Claim Filed |
| 21. | Guadian Life Insurance Co | Unsecured | | No Claim Filed |
| 22. | Edfinancial Services | Unsecured | | No Claim Filed |
| 23. | LTD Financial Services | Unsecured | | No Claim Filed |
| 24. | CB USA | Unsecured | | No Claim Filed |
| 25. | EMSCO Mgmt Svcs | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ticey, Yolanda M | Case Number: 06 B 04586 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 10/14/08 | Filed: 4/25/06 |

| | | | | |
|---|---|---|---|---|
| 26. | ICS | Unsecured | | No Claim Filed |
| 27. | American Credit Bureau | Unsecured | | No Claim Filed |
| 28. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 29. | Liposcience Inc | Unsecured | | No Claim Filed |
| 30. | Medical Collections | Unsecured | | No Claim Filed |
| 31. | Palisades Acquisition LLC | Unsecured | | No Claim Filed |
| 32. | Richard Cutler | Unsecured | | No Claim Filed |
| 33. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 34. | Rush Pediatric | Unsecured | | No Claim Filed |
| 35. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 36. | Rx Acquisitions | Unsecured | | No Claim Filed |
| 37. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 69,844.93 | $ 49,525.95 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 340.31 |
| 4.8% | 655.20 |
| 5.4% | 1,351.92 |
| 6.5% | 443.62 |
| | _____ |
| | $ 2,791.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

